United States District Court
Southern District of Texas

**ENTERED**

June 21, 2017

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN MILAM, CHRISTOPHER DORSETT, RANDY MARTIN, MATTHEW WALLER, DAVID TAYLOR, CAMERON DAVIS, & BILL ROWE,<br><br>and<br><br>MICHAEL COATES,<br><br>and<br><br>RODNEY DEROUEN,<br><br>*Plaintiffs*,<br><br>V.<br><br>WARRIOR ENERGY SERVICES CORPORATION,<br><br>*Defendant*. | § § § § § § § § § § § § § § § § § § § § § § § | C.A. No. 4:16-cv-00404<br>Consolidated with 4:16-cv-01104 &<br>Consolidated with 4:16-cv-00576 |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF
### SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has considered the Joint Motion of Plaintiff Michael Coates ("Plaintiff"), and

Defendant Warrior Energy Services Corporation ("Defendant") for Approval of Settlement and

Stipulation of Dismissal with Prejudice ("Joint Motion").  The Court finds the Joint Motion is

well taken and should be and hereby is granted in all respects.

The Court approves the settlement which disposes of Plaintiff's claim for unpaid

overtime wages, liquidated damages, attorneys' fees, and costs.  The Court hereby grants the

Joint Motion and orders that Plaintiff's claim in the lawsuit styled *Michael Coates v. Warrior*

*Energy Services Corporation*; Civil Action No. 4:16-cv-01104, is dismissed with prejudice, and

each party will bear their own costs and attorneys' fees in conformance with the settlement and

the foregoing Stipulation of Dismissal with Prejudice of Plaintiff and Defendant.

The lawsuits styled *John Milam et al. v. Warrior Energy Services Corporation*; Civil

Action No. 4:16-cv-00404 and *Rodney Derouen v. Warrior Energy Services Corporation et al.*;

Civil Action No. 4:16-cv-00576 have already been dismissed with prejudice by this Court. Thus,

no plaintiffs or claims remain in the above-captioned case. Accordingly, this order fully disposes

of the above-captioned lawsuit, and the case is dismissed in its entirety, with prejudice.

Signed on this __19th__ day of __June__ , 2017

Honorable Melinda Harmon
United States District Judge